UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                       Plaintiff,

-against-

BROWNIE'S CAFÉ AT COLUMBIA, INC., and STEVEN BROWN, individually, and EILEEN MENDOZA, individually,

                       Defendants.

Case No.: 1:16-cv-08461 (JCF)

## STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jose Fernandez ("Plaintiff") and Defendants Brownie's Café at Columbia, Inc., Steven Brown and Arlene Mendoza (improperly named as "Eileen Mendoza") (collectively "Defendants"), by and through their undersigned counsel, that the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

Respectfully submitted,

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C.<br>*Attorneys for Plaintiff*<br>655 Third Avenue, Suite 1821<br>New York, NY 10017<br>Tel. No. (212) 679-5000<br><br>By: _____<br>     Michael R. Minkoff<br>Dated: June 29, 2017 | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>Tel. No. (212) 545-4000<br><br>By: _____<br>     Jason A. Zoldessy<br>Dated: June 29, 2017 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/17

SO ORDERED on this 30th day of June, 2017.

James C. Francis IV
Hon. James C. Francis
United States Magistrate Judge

I have reviewed the settlement Agreement and find it to be fair and reasonable.